IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Acuity, A Mutual Insurance Company,<br><br>                  Plaintiff,<br><br>        v.<br><br>Central States Trucking Company, Atlantic Trucking Company, Ed Caudle, Trina A. Boyd, as Personal Representative of the Estate of Derek L. Boyd,<br><br>                  Defendants. | C.A. No. 2:20-cv-00894-DCN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

      Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff, by and through the undersigned counsel, hereby stipulates and agrees to dismiss this action with prejudice. Any and all claims which have or which could have been asserted by or on behalf of Plaintiff against the Defendants relating to the claims set forth in this complaint are hereby dismissed with prejudice.

WE SO STIPULATE:

s/Shelley S. Montague
Shelley S. Montague (Fed ID 07587)
Janice Holmes (Fed ID 11366)
Gallivan, White & Boyd, P.A.
Post Office Box 7368
Columbia, South Carolina 29202
smontague@gwblawfirm.com
jholmes@gwblawfirm.com
*Attorneys for Plaintiff*

Dated: April 15, 2020